# STATE OF LOUISIANA
## COURT OF APPEAL, FIRST CIRCUIT

LOUISIANA CONSTRUCTION &
INDUSTRY SELF INSURERS FUND
AND H.T.E. LANDSCAPE, INC.
D/B/A HOOVER TREE EXPERTS

NO.   2020 CW 0139

VERSUS

LOUISIANA WORKERS'
COMPENSATION SECOND INJURY
BOARD

**MAY 1 2 2020**

In Re:   Louisiana Construction & Industry Self Insurers Fund
and H.T.E. Landscape, Inc., applying for supervisory
writs, 19th Judicial District Court, Parish of East
Baton Rouge, No. 620,562.

**BEFORE:   McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT DENIED.**

> **PMc**
> **JEW**
> **GH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT